(102 So. 923)

LIME COLA BOTTLING CO. v. LOUISVILLE & N. R. CO. (6 Div. 452.) (Court

of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.